NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Dennis M. Alford
28125 Lob rook Dr.
Rancho Palos Verdes,m CA 90275

ATTORNEY(S) FOR: Self

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| DENNIS M. ALFORD | CASE NUMBER: |
|---|---|
| Plaintiff(s), | CV 13-4728 |
| v. | |
| LASALLE BANK, N.A., ET. AL | CERTIFICATION AND NOTICE OF INTERESTED PARTIES (Local Rule 7.1-1) |
| Defendant(s) | |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for   DENNIS M. ALFORD
or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| NA | |

LODGED
2013 JUN 28 PM 4:02
CLERK, U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY ___

| JUNE 27, 2013 | DENNIS M. ALFORD |
|---|---|
| Date | Signature |

Attorney of record for (or name of party appearing in pro per):

DENNIS M. ALFORD

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES