DAVID D. PIPER, CASB No. 179889
david.piper@kyl.com
ESTHER E. CHO, CASB No. 204526
esther.cho@kyl.com
KEESAL, YOUNG & LOGAN
A Professional Corporation
400 Oceangate, P.O. Box 1730
Long Beach, California  90801-1730
Telephone:    (562) 436-2000
Facsimile:     (562) 436-7416

Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL PASS THROUGH CERTIFICATES WMALT SERIES 2007-OA2 (ERRONEOUSLY SUED HEREIN AS LA SALLE BANK, NA,), JPMORGAN CHASE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS M. ALFORD,<br><br>　　　　　　Plaintiff,<br><br>　　vs.<br><br>1) LASALLE BANK NA, as Trustee for WASHINGTON MUTUAL PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA2; 2) JP MORGAN CHASE BANK NATIONAL ASSOCIATION; 3) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and 4) DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　　Defendants. | Case No. CV13-4728<br><br>**NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>**[FED R. CIV. PRO. 12(b)(6)]**<br><br>Date:　January 27, 2014<br>Time:　10:00 a.m.<br>Place:　Courtroom 1600<br><br>Discovery Cutoff:  None Set<br>Motion Cutoff:　　 None Set<br>Trial Date:　　　　 None Set |

TO PLAINTIFF:

PLEASE TAKE NOTICE that on January 27, 2014, at 10:00 a.m., or as soon thereafter as the matter may be heard in Courtroom 1600 of the United States District Court, Central District of California, located at 312 N. Spring Street, Los Angeles, CA 90012, the Hon. Michael W. Fitzgerald presiding, Defendants JPMORGAN CHASE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants") will and hereby move for an order dismissing the Complaint for failure to state a claim pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

The Motion will be based on this Notice and Motion, the Memorandum of Points and Authorities, and the Request for Judicial Notice filed concurrently herewith, and on any oral argument the Court entertains at the hearing on the Motion.

Although Defendants attempted to contact Plaintiff multiple times to fulfill their meet and confer obligations pursuant to L.R. 7-3, Plaintiff has failed to respond as of the date of the filing of this motion.

DATED: November 20, 2013

_____
DAVID D. PIPER
ESTHER E. CHO
KEESAL, YOUNG & LOGAN
Attorneys for Defendants
U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE, SUCCESSOR IN INTEREST TO BANK OF AMERICA, NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS TRUSTEE FOR WASHINGTON MUTUAL PASS THROUGH CERTIFICATES WMALT SERIES 2007-0A2 (ERRONEOUSLY SUED HEREIN AS LA SALLE BANK, NA,), JPMORGAN CHASE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California, 90801-1730.

    On **November 20, 2013**, I served the foregoing document described as **NOTICE OF MOTION AND MOTION TO DISMISS PLAINTIFF'S COMPLAINT [FED R. CIV. PRO. 12(B)(6)]** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Mr. Dennis M. Alford
> 28125 Lobrook Drive
> Rancho Palos Verdes, CA  90275-3133
>
> *Plaintiff In Pro Per*

☒    **BY UPS**: I caused such envelope(s), fully prepaid on account, to be placed within the custody of UPS at Long Beach, California. I am readily familiar with Keesal, Young & Logan's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Keesal, Young & Logan's business practice, the document described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Keesal, Young & Logan for collection.

    Executed on **November 20, 2013,** at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

                                                 /s/ Pam Lopez
                                               Pam Lopez