**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DENNIS M. ALFORD,<br><br>　　　　　　　　　Plaintiff,<br><br>　vs.<br><br>1) LASALLE BANK NA, as Trustee for WASHINGTON MUTUAL PASS-THROUGH CERTIFICATES WMALT SERIES 2007-OA2; 2) JP MORGAN CHASE BANK NATIONAL ASSOCIATION; 3) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and 4) DOES 1 THROUGH 10, INCLUSIVE,<br><br>　　　　　　　　　Defendants. | Case No. CV13-4728<br><br>**[PROPOSED] ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**<br><br>Date:　January 27, 2014<br>Time:　10:00 a.m.<br>Place:　Courtroom 1600<br><br>Discovery Cutoff:　None Set<br>Motion Cutoff:　　None Set<br>Trial Date:　　　　None Set |

　　　　The Motion of Defendants JPMORGAN CHASE BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC. (collectively, "Defendants") to Dismiss the Complaint of Plaintiff DENNIS ALFORD ("Plaintiff")

1 came regularly for hearing on January 27, 2014, at 10:00 a.m., in Courtroom 1600 of
2 the United States District Court, Central District of California, located at 312 N. Spring
3 Street, Los Angeles, CA 90012, the Hon. Michael W. Fitzgerald presiding.

4       The Court, having considered the moving, opposing, and reply papers, and
5 the oral arguments of counsel, IT IS HEREBY ORDERED THAT:

6       Defendants' Motion to Dismiss Plaintiff's Complaint is granted in its
7 entirety <u>with prejudice</u>, because Plaintiff cannot state any claim against Defendants for
8 the reasons set forth in the Motion to Dismiss.

11 DATED: _____
12                                      MICHAEL W. FITZGERALD
                                        UNITED STATES DISTRICT COURT
13                                      JUDGE

15 Submitted by:

16 /s/ Esther E. Cho
   DAVID D. PIPER, CASB No. 179889
17 david.piper@kyl.com
   ESTHER E. CHO, CASB No. 204526
18 esther.cho@kyl.com
19 KEESAL, YOUNG & LOGAN
   A Professional Corporation
20 400 Oceangate, P.O. Box 1730
   Long Beach, California 90801-1730
21 Telephone:   (562) 436-2000
   Facsimile:   (562) 436-7416
22

23 Attorneys for Defendants
   U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE,
24 SUCCESSOR IN INTEREST TO BANK OF AMERICA,
   NATIONAL ASSOCIATION AS TRUSTEE AS SUCCESSOR BY
25 MERGER TO LASALLE BANK, NATIONAL ASSOCIATION AS
   TRUSTEE FOR WASHINGTON MUTUAL PASS THROUGH
26 CERTIFICATES WMALT SERIES 2007-0A2 (ERRONEOUSLY
   SUED HEREIN AS LA SALLE BANK, NA,), JPMORGAN CHASE
27 BANK, N.A. and MORTGAGE ELECTRONIC REGISTRATION
28 SYSTEMS, INC.

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

    I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is Keesal, Young & Logan, 400 Oceangate, P.O. Box 1730, Long Beach, California, 90801-1730.

    On **November 20, 2013**, I served the foregoing document described as **[PROPOSED] ORDER GRANTING JPMORGAN CHASE BANK, N.A.'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT** on the parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Mr. Dennis M. Alford
> 28125 Lobrook Drive
> Rancho Palos Verdes, CA  90275-3133
>
> *Plaintiff In Pro Per*

    ☒   **BY UPS**:  I caused such envelope(s), fully prepaid on account, to be placed within the custody of UPS at Long Beach, California.  I am readily familiar with Keesal, Young & Logan's practice for collection and processing of correspondence for overnight delivery and know that in the ordinary course of Keesal, Young & Logan's business practice, the document described above will be deposited in a box or other facility regularly maintained by UPS or delivered to an authorized courier or driver authorized by UPS to receive documents on the same date that it is placed at Keesal, Young & Logan for collection.

    Executed on **November 20, 2013,** at Long Beach, California.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

*(signed)*
Pam Lopez