**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

NOTICE OF DOCUMENT DISCREPANCIES

FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

To: ☑ U.S. District Judge / ☐ U.S. Magistrate Judge  Fitzgerald

From: Shea Bourgeois , Deputy Clerk   Date Received: 3/4/14

Case No.: 2:13-cv-04728-MWF-CWx   Case Title: Dennis M. Alford v. LaSalle Bank NA et al

Document Entitled: Motion to Set Aside Dismissal; for Leave to Amend Complaint

Upon the submission of the attached document(s), it was noted that the following discrepancies exist:

| | | |
|---|---|---|
| ☐ | Local Rule 5-4.1 | Documents must be filed electronically |
| ☐ | Local Rule 6-1 | Written notice of motion lacking or timeliness of notice incorrect |
| ☐ | Local Rule 7-19.1 | Notice to other parties of ex parte application lacking |
| ☐ | Local Rule 7.1-1 | No Certification of Interested Parties and/or no copies |
| ☐ | Local Rule 11-3.1 | Document not legible |
| ☐ | Local Rule 11-3.8 | Lacking name, address, phone, facsimile numbers, and e-mail address |
| ☐ | Local Rule 11-4.1 | No copy provided for judge |
| ☐ | Local Rule 11-6 | Memorandum/brief exceeds 25 pages |
| ☐ | Local Rule 11-8 | Memorandum/brief exceeding 10 pages shall contain table of contents |
| ☐ | Local Rule 15-1 | Proposed amended pleading not under separate cover |
| ☐ | Local Rule 16-7 | Pretrial conference order not signed by all counsel |
| ☐ | Local Rule 19-1 | Complaint/Petition includes more than 10 Does or fictitiously named parties |
| ☐ | Local Rule 56-1 | Statement of uncontroverted facts and/or proposed judgment lacking |
| ☐ | Local Rule 56-2 | Statement of genuine disputes of material fact lacking |
| ☐ | Local Rule 83-2.5 | No letters to the judge |
| ☑ | Fed. R. Civ. P. 5 | No proof of service attached to document(s) |
| ☑ | Other: | Lacking Motion dates |

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.

---

**ORDER OF THE JUDGE/MAGISTRATE JUDGE**

IT IS HEREBY ORDERED:

☐  The document is to be filed and processed. The filing date is ORDERED to be the date the document was stamped "received but not filed" with the Clerk. Counsel* is advised that any further failure to comply with the Local Rules may lead to penalties pursuant to Local Rule 83-7.

_____        _____
Date                           U.S. District Judge / U.S. Magistrate Judge

☑  The document is **NOT** to be filed, but instead **REJECTED**, and is **ORDERED** returned to counsel.* Counsel* shall immediately notify, in writing, all parties previously served with the attached documents that said documents have **not** been filed with the Court.

March 4, 2014                  [signature]
Date                           U.S. District Judge / U.S. Magistrate Judge

* The term "counsel" as used herein also includes any pro se party. See Local Rule 1-3.

| COPY 1 - ORIGINAL-OFFICE | COPY 2 - JUDGE | COPY 3 - SIGNED & RETURNED TO FILER | COPY 4 - FILER RECEIPT |

CV-104A (06/13)   NOTICE OF DOCUMENT DISCREPANCIES

Dennis M. Alford, Plaintiff Pro Se
28125 Lobrook Dr.
Rancho Palos Verdes, CA 90275-3133

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS M. ALFORD,<br><br>        Plaintiff,<br>v.<br><br>1) LASALLE BANK NA, as Trustee for WASHINGTON MUTUAL PASSTHROUGH CERTIFICATES WMALT SERIES 2007-OA2; 2) JP MORGAN CHASE BANK NATIONAL ASSOCIATION; 3) MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; and 4) DOES 1 THROUGH 10, INCLUSIVE<br><br>        Defendants | Case No. : **13-CV-4728** mWF-CWx<br><br>**PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL; FOR LEAVE TO AMEND COMPLAINT AND MEMORANDUM IN SUPPORT OF THE MOTION** |

### PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL; FOR LEAVE TO AMEND COMPLAINT AND MEMORANDUM IN SUPPORT OF THE MOTION

    **COMES NOW** Plaintiff Pro Se, Dennis M. Alford, and pursuant to *FED. R. CIV. P. 15*, hereby motions for leave to amend his Complaint, and conjunctively files this leave to amend and hereby states:

1.     This Court has power to entertain all motions and grant request for relief requested.

1
PLAINTIFF'S MOTION TO SET ASIDE DISMISSAL

RECEIVED BUT NOT FILED
CLERK, U.S. DISTRICT COURT
MAR - 4 2014
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

2. Plaintiff has due process of law right to petition this appeal.

3. Despite timely response, and, without oral argument, this court made a ruling to dismiss Plaintiff's complaint with prejudice.

4. On or about February 10, 2014, this court dismissed the above captioned action 'without prejudice'.

5. Plaintiff submits concurrently herewith a First Amended Complaint.

## MEMORANDUM IN SUPPORT OF PLAINTIFF'S MOTION TO AMEND

### FEDERAL LAW

The federal statutes are permissive concerning amendments to pleadings before trial. In relevant part, the Federal Rules of Civil Procedure state that, "… a party may amend its pleading once as a matter of course within 21 days after serving it". *FED. R. CIV. P. 15(1)(A)*,

### RELEVANT FACTS

1) Plaintiff filed his Verified Complaint on June 28, 2013. *(See Pacer Document #1).*

2) Plaintiff intends to make his allegations in a form that is more recognizable to the Court and to more properly set forth his various cause of actions.

3) Justice requires that Plaintiff be allowed to amend his Complaint.

For all the above reasons, Plaintiff Pro Se, respectfully request the Court to grant him leave to amend his Complaint, and set aside the dismissal order entered on or about February 10, 2014.

DATED March 3rd, 2014.

Respectfully Submitted,

*[signature: Dennis M. Alford]*

Dennis M. Alford, Plaintiff Pro Se
28125 Lobrook Dr.
Rancho Palos Verdes, CA 90275-3133